# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-02014-DOC-JDE            Date:  December 16, 2022

Title: CRAIG FISKE V. NOKIA OF AMERICA CORPORATION ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE**

    Defendant Nokia of America Corporation ("Defendant" or "Nokia") removed this case from state court on November 2, 2022. Notice of Removal ("Notice") (Dkt. 1). Defendant argues that the Court has diversity jurisdiction, alleging that the amount in controversy is satisfied after totaling Plaintiff's claims for lost wages, general damages, punitive damages, and attorneys' fees. Notice ¶ 11–22.

    The Court considers lost wages in the period from termination until removal.  The Court will not include speculative civil penalties or attorneys' fees to meet the amount in controversy requirement. *See Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998). Accordingly, the parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction. The Parties are **ORDERED** to submit a Status Report of no more than 5 pages addressing the Court's concerns by January 6, 2022, at 12 pm.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN